# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

DEBRA DYER

Case No. 22-90384
Chapter 13
Plan filed on 09/30/2022

DEBTOR(S),

Judge Thomas L. Perkins

## OBJECTION TO CONFIRMATION OF
## PLAN FILED ON 09/30/2022

**NOW COMES** U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, (hereinafter "Movant"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and moves this Honorable Court for an Order denying Confirmation of Debtor's plan filed on 09/30/2022 and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and venue is fixed in this Court pursuant to 28 U.S.C. Section 1409;

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 9/6/2022;

3. Movant is a secured mortgage holder or servicer on the property commonly known as 257 N West Avenue, Bonfield, IL;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code;

5. The Chapter 13 plan herein proposes that Debtor cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments;

6. Debtor's plan proposes a monthly payment of $1,650.00 to the Standing Trustee for the benefit of creditors for a period of 6 months, then $1,858.00 for remainder of the plan;

7. Movant filed a Proof of Claim in the instant case totaling $51,026.43, for pre-petition arrearages;

8. Debtor's proposed Chapter 13 plan provides for payment to Movant for arrears in the amount of $45,000.00, which is insufficient to cure the entire claim, totaling $51,026.43, and no objections to claim have been filed;

9. That sufficient grounds exist for denial of confirmation as Debtor's plan:
   a. fails to cure Movant's entire pre-petition arrearage claim;

10. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

    $350.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed

**WHEREFORE,** U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage and for such other and further relief as this Court may deem just and proper.

Dated this October 24, 2022.

Respectfully Submitted,

CODILIS & ASSOCIATES, P.C.

By: /s/ Rachael A. Stokas

                                                            Rachael A. Stokas ARDC#6276349  
                                                            Peter C. Bastianen ARDC#6244346  
                                                            Joel P. Fonferko ARDC#6276490  
                                                            Irubiel Ferrer ARDC#6331334  
                                                            Berton J. Maley ARDC#6209399  
                                                            MaryAnn G. Black #59899MO  
                                                            CODILIS & ASSOCIATES, P.C.  
                                                            15W030 North Frontage Road, Suite 100  
                                                            Burr Ridge, IL 60527  
                                                            (630) 794-5300  
                                                            File No. 14-19-05772

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**IN RE:**

DEBRA DYER

DEBTOR(S),

Case No. 22-90384
Chapter 13

Judge Thomas L. Perkins

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney, hereby certify that I served a copy of the attached Objection upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 24, 2022 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 24, 2022.

Marsha L Combs-Skinner, Chapter 13 Trustee, 108 S. Broadway PO Box 349, Newman, IL 61942 by electronic notice through ECF
Debra Dyer, Debtor(s), 257 N. West Ave., Bonfield, IL 60913
Dustin Allen, Attorney for Debtor(s), 579 W North Ave Suite 203, Elmhurst, IL 60126 by electronic notice through ECF
Office of U.S. Trustee, 401 Main St., #1100, Peoria, IL 61602 by electronic notice through ECF

     /s/ Rachael A. Stokas
     Attorney for Creditor

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Irubiel Ferrer ARDC#6331334
Berton J. Maley ARDC#6209399
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-19-05772

NOTE: This law firm is a debt collector.