# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: Debra A. Dyer          Case No. 22-90384

Appearances at First Meeting: Dustin Allen, Attorney for the Debtor

## Plan Information

Plan: 1st Amended Plan

Plan Payment: $1,650.00 for 6 months
$1,858.00 for 54 months

Plan Term: 60 months    Approx. 72.01% Plan

| | |
|---|---|
| Priority Creditors | $ - |
| Arrearage | $ 45,000.00 |
| Secured Creditors | $ 35,729.54 |
| Special Unsecured | $ - |
| General Unsecured | $ 14,371.26 |
| Attorney Fee | $ 4,108.00 |
| Trustee Fee | $ 11,023.20 |
| Total Plan | $ 110,232.00 |

Wage Deduction: X Yes    No

Direct Payments: Debtor is paying post petition mortgage payments to Rushmore Loan; and Plan proposes to pay Systems and Services Tech for camper directly, but the Tr asserts it should be paid by the Tr in the Plan because it will be paid off during the Plan. Need to adjust both Systems and Services Tech and Rushmore to filed claim amounts. Must address the objections filed by Rushmore and Prestige.

## Means Test Information

X Over Median    Under Median
X Income Verified
_ Form 122C-2 approved by Trustee
_ Form 122C-2 contested by Trustee
    _ Income    _ Standard Deductions
    _ Additional Expense Deductions
    _ Debt Payment
_ Amended Form 122C-2 to be filed

| | |
|---|---|
| Line 45-Mo. Disposable Income: | $ 1,097.17 |
| Sixty Month Total: | $ 65,830.20 |
| Total Plan Distribution to Unsecured Creditors: | $ 14,371.26 |
| Estimated General Unsecured: | $ 19,958.00 |

## Trustee Recommendations

_ Confirm Plan as filed
_ Confirm Plan with the following Changes:

XX Amended Plan to be filed within 14 days
_ Amended Schedule to be filed within ___ days
X Request Confirmation Hearing
    _ Feasibility    _ Best Interest of Creditors Test    _ Valuation of Collateral
    X Excess Disposable Income    _ Other:

Need to adjust for Mort Arrearage claim to $51,026.43; need to adjust 910 claim for Prestige for the 2018 Equinox to $29,312.63 per claim filed. Plan must pay unsecured creditors per line 45 of the 122-C-2 or 100% of claims

Signed: /s/ Marsha L. Combs-Skinner    Dated: 11/18/2022
Marsha L. Combs-Skinner, Chapter 13 Trustee