**IT IS SO ORDERED.**

**SIGNED THIS: March 24, 2023**

_____
**Thomas L. Perkins**
**United States Chief Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|    **DEBRA A. DYER** ) | |
|    ###-##-1238, ) | CASE NO. 22-90384 |
| ) | |
| ) | |
|    **Debtor.** ) | Chapter 13 |

AMENDED
ORDER FOR WAGE DEDUCTION

   **IT IS HEREBY ORDERED THAT**

**Employer:**    **Uplifted Care**
                    **Attn: Human Resources**
                    **482 Main St. NW**
                    **Bourbonnais, IL 60914**

   **Debra A. Dyer**, SS# ###-##-1238 is voluntarily repaying debts under Chapter 13 of the U. S. Bankruptcy Code.  **Debra A. Dyer** is required to have part of his/her future income deducted from his/her wages in order to repay these debts.  **Uplifted Care** is authorized to make such wage deductions by authority of 11 U.S.C. § 1325(c).

   **IT IS THEREFORE ORDERED** that beginning with the first pay period following receipt of this Order, and continuing until further order of this Court, **Uplifted Care** shall, without fee or charge to the Employee, deduct **$2,174.00 Monthly**  from **Debra A. Dyer's**

wages, and at least once monthly remit all sums withheld (whether said sums are full or partial payment) to the address below made payable to **Marsha L. Combs-Skinner, Trustee,** and note on the check **Debra A. Dyer** and case number; **22-90384**.

**Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
P.O. Box 1133
Memphis, TN  38101-1133**

**THIS IS NOT A GARNISHMENT. THIS IS AN ORDER UNDER FEDERAL LAW. IT MAY BE ENFORCED BY PENALTIES FOR CONTEMPT OF COURT UNDER 11 U.S.C. § 105 OR DISCRIMINATION AGAINST DEBTORS UNDER 11 U.S.C. § 525.**

###