Form odefntc

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* Debra Dyer                              *Case No.:* 22–90384
*Debtor*

                                                 *Chapter:* 13

---

## NOTICE OF ORDER DEFICIENCY

Notice is hereby provided:

An Order was uploaded by you on 3/29/23 with respect to a Second Amended Plan . It is deficient and will not be signed for the reason indicated below:

- ☐ The Order grants relief not specifically requested in the Motion/Document. A corrected Order must be filed with the relief limited to that requested.

- ☐ The Order grants relief not specifically requested in the Motion/Document. A corrected Order deleting must be filed.

- ☐ An Order granting stay relief must describe the property subject to the Order. Reference to the Motion for a description of the property is not acceptable.

- ☐ An Order granting relief from the co–debtor stay must contain the name of the co–debtor.

- ☐ An Order granting a moratorium in Chapter 13 plan payments must contain the specific dates of the moratorium.

- ☐ Reference to Rule 4001 in the Order should be deleted.

- ☐ Order submitted with no pleading seeking the relief to be granted in the Order. A pleading must be filed to obtain the relief set forth in the Order.

- ☑ The order is not in the proper format. Please see our website for order formatting instructions.

- ☐ Language in Order does not match Motion.

- ☑ Other: Order does not contain a proper 4" margin at the top of page 1.

On or before **4/12/23** please upload a corrected Order in compliance with this Notice or if you need further clarification of the deficiency, please file a request for further hearing on the matter.

Failure to upload a corrected Order by the date specified may result in an Order being entered which denies the relief without further notice.

*Dated:* 3/29/23


                                                    /S/   Adrienne D. Atkins
                                                 Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.