Form 11cnfpln

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* Debra Dyer
    *Debtor*

*Case No.:* 22–90384

*Chapter:* 13

---

## *NOTICE OF ORDER CONFIRMING PLAN*

*Notice is hereby provided:*

An Order (Document Number 60) was entered in this Court on 4/13/23, confirming the Second Amended Chapter 13 Plan which was filed by the Debtor on 1/17/23.

On or before 4/27/23, the attorney for the Debtor shall mail a copy of this Notice to all creditors and file a certificate of service with the Court.

*Dated:* 4/13/23

                                                                                  /S/   Adrienne D. Atkins
                                                             Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.