# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0753–2 | User: admin | Date Created: 4/13/2023 |
| Case: 22–90384 | Form ID: 11cnfpln | Total: 1 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 1